UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-2176 PA (DTBx) | Date | March 28, 2024 |
|---|---|---|---|
| Title | Primerica Life Insurance Company v. Victor Jiminez, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS - ORDER TO SHOW CAUSE

　　The Court is in receipt of a Federal Rule of Civil Procedure 26(f) Report filed by plaintiff Primerica Life Insurance Company ("Plaintiff") and one of the two defendants in this matter, Jannyna Diaz ("Diaz").  Pursuant to Federal Rule of Civil Procedure 26(f), Local Rule 26, and this Court's February 23, 2024 Order Scheduling Meeting of Counsel and Setting Scheduling Conference, the parties were required to meet at least twenty-one days in advance of the Scheduling Conference and to <u>jointly</u> file a scheduling report no less than fourteen days before the Scheduling Conference.  (Dkt. 17.)  The Court's Order warns that "[t]he failure to submit a joint report in advance of the Scheduling Conference or the failure to attend the Scheduling Conference may result in the dismissal of the action, striking the answer and entering a default, and/or the imposition of sanctions."  (<u>Id.</u> at 3.)

　　The Rule 26(f) Report states that Plaintiff and defendant Diaz met and conferred and prepared the joint report, and that "efforts were taken, including email and phone correspondence, to include counsel for Defendant, VICTOR JIMINEZ, but no response or appearance at the telephonic meeting occurred." (Docket No. 22 at p. 2.)  The 26(f) Report further states that the joint report was prepared by counsel for defendant Diaz, reviewed and edited by Plaintiff's counsel, and then provided to defendant Jiminez's counsel.  (Id.).  Defendant Jiminez, however, did not participate in the filing of the Rule 26(f) Report.

　　Accordingly, the Court orders Defendant Jiminez to show cause in writing, no later than April 5, 2024, why the Court should not impose sanctions, including but not limited to striking Defendant Jiminez' answer and an entry of default for his failure to participate in meeting of counsel or the preparation of the joint report.  The Court further orders counsel for Defendant Jiminez to show cause why monetary sanctions in the amount of $1,000 should not be imposed for counsel's failure to participate in the meeting of counsel or in the preparation of the joint report.  Failure to adequately respond to this order may result, without further warning, in

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-2176 PA (DTBx) | Date | March 28, 2024 |
|---|---|---|---|
| Title | Primerica Life Insurance Company v. Victor Jiminez, et al. | | |

sanctions, including striking of the Answer and entry of default against Defendant Jiminez. The Court warns Defendant that any future refusal to meet and confer may also result in the imposition of sanctions.

    IT IS SO ORDERED.