## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 23-2176 PA (DTBx) | Date | August 22, 2024 |
|---|---|---|---|
| Title | Primerica Life Insurance Company v. Victor Jiminez, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS ORDER

The Court is in receipt of a Stipulation of Dismissal Signed by All Remaining Parties. The Stipulation to dismiss with prejudice the parties' respective competing claims in this interpleader action is granted.  Pursuant to the terms of the Settlement Agreement and Mutual Release entered into between the parties on or about July 10, 2024, the clerk shall release the remaining funds plus any accrued interest held in the Registry of the Court to Preston Law Group, P.C., 2151 Michelson Drive, Suite 205, Irvine, CA 92612 for further distribution pursuant to the terms of the stipulation of the parties.

IT IS SO ORDERED.

cc:   Rhodora De Jesus
      FISCAL